# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY FLATOW,<br><br><br>Defendant. | **ORDER** |

Upon the motion to appear remotely and with good cause shown, IT IS HEREBY ORDERED that the Defendant may appear remotely at the initial appearance on February 6, 2025. The Deputy Clerk of Court will provide to the defendant the instructions to appear remotely.

DATED this 2nd day of January, 2025.

_____
John Johnston
United States Magistrate Judge