IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>HENRY K. FLATOW,<br><br>Defendant. | PO-25-5011-GF-JTJ<br>VIOLATION:<br>FATF002A<br>Location Code: M9GF<br><br>ORDER |
|---|---|

Based upon the United States' motion to dismiss violation FATF002A and for good cause shown,

**IT IS ORDERED** that violation FATF002A is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for March 6, 2025, is **VACATED.**

DATED this 27th day of February, 2025.

_____
John Johnston
United States Magistrate Judge